UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE TABI-BALLA,<br><br>        Plaintiff,<br><br>  vs.<br><br>RUBY L. HARRIS-WORTHAM and R.L. HARRIS-WORTHAM, INC. and DOES 1-100, inclusive,<br><br>        Defendants.<br><br>        Defendants.<br>_____ | CASE NO:<br><br>2:13-cv-08114 DMG-RZ<br><br>ORDER OF DISMISSAL [19] |

BASED UPON THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS ORDERED:

The above-captioned action is dismissed in its entirety as to all parties with prejudice.

DATED: June 3, 2014

                                                        DOLLY M. GEE<br>                                                        UNITED STATES DISTRICT COURT

1

Order of Dismissal